# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                          §
                                                §
LAURA L. DIAZ                                   §       Case No. 13-04017
SANTOS GOMEZ                                    §
                                                §
                                                §
            Debtors                             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/01/2013. The undersigned trustee was appointed on 02/01/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $        20,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 6,799.56 |
   | Bank service fees | 416.91 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 10,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]         $ | 2,783.53 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/27/2013 and the deadline for filing governmental claims was 07/31/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,750.00 , for a total compensation of $ 1,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/24/2017           By: /s/Miriam R. Stein
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-04017 | DRC | Judge: | Donald R Cassling | Trustee Name: | Miriam R. Stein |
|---|---|---|---|---|---|---|
| Case Name: | LAURA L. DIAZ | | | | Date Filed (f) or Converted (c): | 02/01/2013 (f) |
| | SANTOS GOMEZ | | | | 341(a) Meeting Date: | 03/18/2013 |
| For Period Ending: | 01/24/2017 | | | | Claims Bar Date: | 11/27/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY - Campbell Ave Chicago Heights, IL | 79,421.00 | 0.00 | | 0.00 | FA |
| 2. Checking account held by Chase Bank | 150.00 | 0.00 | | 0.00 | FA |
| 3. miscellaneous household goods | 500.00 | 0.00 | | 0.00 | FA |
| 4. clothes | 200.00 | 0.00 | | 0.00 | FA |
| 5. personal injury case (u) | 10,000.00 | 0.00 | | 20,000.00 | FA |
| 6. 2005 Chevrolet Colorado with 60,000 miles | 5,766.00 | 0.00 | | 0.00 | FA |
| 7. 2008 Merceury Mariner with 47,000 miles | 10,690.00 | 0.00 | | 0.00 | FA |
| 12. Void | 0.00 | N/A | | 0.00 | FA |
| 13. Potential PI case w/Nilson, Stookal, Gleason & Caputo, Ltd. | 0.00 | 0.00 | | 0.00 | FA |
| 14. Uninsured Motorist Insurance Claim with Insurance Co. (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| INT. Void | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $106,727.00   $0.00   $20,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE IS PREPARING A FINAL REPORT.

RE PROP #   1   --   Stay lifted on motion of Wells Fargo Bank.
RE PROP #   7   --   Reaffirmed.

Initial Projected Date of Final Report (TFR): 12/31/2015       Current Projected Date of Final Report (TFR): 01/31/2017

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-04017 | | Trustee Name: | Miriam R. Stein |
| Case Name: | LAURA L. DIAZ SANTOS GOMEZ | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX8580 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX5419 | | Blanket Bond (per case limit): | |
| For Period Ending: | 01/24/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/02/14 | | Transfer from Acct # xxxxxx6866 | Transfer of Funds | 9999-000 | $2,432.84 | | $2,432.84 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,422.84 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,412.84 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,402.84 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,392.84 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,382.84 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,372.84 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,362.84 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,352.84 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,342.84 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,332.84 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,322.84 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,312.84 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*      Page Subtotals:      $2,432.84      $120.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 13-04017 | Trustee Name: Miriam R. Stein |
| Case Name: LAURA L. DIAZ SANTOS GOMEZ | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8580 |
| | Checking |
| Taxpayer ID No: XX-XXX5419 | Blanket Bond (per case limit): |
| For Period Ending: 01/24/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/21/15 | 5 | Progressive Insurance | Settlement of Personal Injury Action | 1242-000 | $640.69 | | $2,953.53 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,943.53 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,933.53 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,923.53 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,913.53 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,903.53 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,893.53 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,883.53 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,873.53 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,863.53 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,853.53 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,843.53 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,833.53 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 13-04017 | Trustee Name: | Miriam R. Stein | |
| Case Name: | LAURA L. DIAZ | Bank Name: | Associated Bank | |
| | SANTOS GOMEZ | Account Number/CD#: | XXXXXX8580 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX5419 | Blanket Bond (per case limit): | | |
| For Period Ending: | 01/24/2017 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,823.53 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,813.53 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,803.53 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,793.53 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,783.53 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $3,073.53 | $290.00 |
| Less: Bank Transfers/CD's | $2,432.84 | $0.00 |
| Subtotal | $640.69 | $290.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $640.69 | $290.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                                    Page Subtotals:                $0.00          $50.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-04017 | Trustee Name: | Miriam R. Stein |
|---|---|---|---|
| Case Name: | LAURA L. DIAZ SANTOS GOMEZ | Bank Name: | Rabobank, N.A. |
| | | Account Number/CD#: | XXXXXX6800 Checking |
| Taxpayer ID No: | XX-XXX5419 | Blanket Bond (per case limit): | |
| For Period Ending: | 01/24/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*  Page Subtotals:  $0.00  $0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 13-04017 | Trustee Name: Miriam R. Stein |
| Case Name: LAURA L. DIAZ<br>SANTOS GOMEZ | Bank Name: Rabobank, N.A.<br>Account Number/CD#: XXXXXX6866<br>Checking |
| Taxpayer ID No: XX-XXX5419 | Blanket Bond (per case limit): |
| For Period Ending: 01/24/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/26/13 | 5 | Progressive Universal Insurance Company<br>9701 W. Higgins Road, Suite 120<br>Rosemont, IL 60018 | payment for PI case | 1242-000 | $19,359.31 | | $19,359.31 |
| 09/30/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $26.91 | $19,332.40 |
| 09/30/13 | 101 | Laura Diaz<br>1325 Kimball Avenue<br>Chicago Heights, IL 60411 | Exemption | 8100-002 | | $10,000.00 | $9,332.40 |
| 09/30/13 | 102 | Nilson Stookal Gleason & Caputo Ltd.<br>205 W. Randolph St.,<br>Suite 440<br>Chicago, IL 60606 | Court Order dated 8/9/13 | | | $6,799.56 | $2,532.84 |
| | | Nilson Stookal Gleas, Ltd. | ($132.90) | 3220-000 | | | |
| | | Nilson Stookal Gleas, Ltd. | ($6,666.66) | 3210-000 | | | |
| 10/31/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,522.84 |
| 11/29/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,512.84 |
| 12/31/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,502.84 |
| 01/31/14 | | Rabobank, N.A.6/26/2014<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,492.84 |

| | | | |
|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 8)* | Page Subtotals: | $19,359.31 | $16,866.47 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-04017 | Trustee Name: Miriam R. Stein |
| Case Name: LAURA L. DIAZ SANTOS GOMEZ | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX6866 |
| | Checking |
| Taxpayer ID No: XX-XXX5419 | Blanket Bond (per case limit): |
| For Period Ending: 01/24/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/28/14 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,482.84 |
| 03/31/14 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,472.84 |
| 04/30/14 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,462.84 |
| 05/30/14 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,452.84 |
| 06/30/14 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank Service Charge | 2600-000 | | $10.00 | $2,442.84 |
| 07/02/14 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank Service Charge | 2600-000 | | $10.00 | $2,432.84 |
| 07/02/14 | | Transfer to Acct # xxxxxx8580 | Transfer of Funds | 9999-000 | | $2,432.84 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $19,359.31 | $19,359.31 |
| Less: Bank Transfers/CD's | $0.00 | $2,432.84 |
| Subtotal | $19,359.31 | $16,926.47 |
| Less: Payments to Debtors | $0.00 | $10,000.00 |
| Net | $19,359.31 | $6,926.47 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*                    Page Subtotals:                    $0.00        $2,492.84

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX6800 - Checking | $0.00 | $0.00 | $0.00 |
| XXXXXX6866 - Checking | $19,359.31 | $6,926.47 | $0.00 |
| XXXXXX8580 - Checking | $640.69 | $290.00 | $2,783.53 |
|  | $20,000.00 | $7,216.47 | $2,783.53 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,000.00 |
| Total Gross Receipts: | $20,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-04017  
Debtor Name: LAURA L. DIAZ  
Claims Bar Date: 11/27/2013  

Date: January 24, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 8100 | Laura Diaz<br>1325 Kimball Ave.<br>Chicago Heights, IL 60411 | Administrative | | $0.00 | $10,000.00 | $10,000.00 |
| 100 2100 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Administrative | | $0.00 | $1,750.00 | $1,750.00 |
| 100 3120 | Nilson Stookal Gleason & Caputo LTD<br>205 W. Randolph, Suite 440<br>Chicago, IL 60606 | Administrative | | $0.00 | $6,666.66 | $6,666.66 |
| 100 3220 | Nilson Stookal Gleason & Caputo LTD<br>205 W. Randolph, Suite 440<br>Chicago, IL 60606 | Administrative | | $0.00 | $132.90 | $132.90 |
| 2 300 7100 | Capital One Bank (USA) N.A. by American InfoSource LP as age<br>Capital One Bank (Usa), N.A. By American Infosource LP As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $3,354.97 | $3,354.97 |
| 3 300 7100 | Sprint Nextel<br>Attn Bankruptcy Dept<br>Po Box 7949<br>Overland Park Ks 66207-0949 | Unsecured | | $0.00 | $552.68 | $552.68 |
| 4 300 7100 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $0.00 | $1,448.63 | $1,448.63 |
| 1 400 4110 | Illiana Financial<br>Pob 1249<br>Calumet City, Il 60409 | Secured | Second Mortgage | $0.00 | $18,696.50 | $18,696.50 |
| | Case Totals | | | $0.00 | $42,602.34 | $42,602.34 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1    Printed: January 24, 2017

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-04017
Case Name: LAURA L. DIAZ
　　　　　 SANTOS GOMEZ
Trustee Name: Miriam R. Stein

　　　　Balance on hand　　　　　　　　　　　　　　　　　$　　　　2,783.53

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Illiana Financial | $ 18,696.50 | $ 18,696.50 | $ 0.00 | $ 0.00 |

　　Total to be paid to secured creditors　　　　　　　　　$　　　　　0.00

　　Remaining Balance　　　　　　　　　　　　　　　　　$　　　　2,783.53

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Miriam R. Stein | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Attorney for Trustee Expenses: Nilson Stookal Gleason & Caputo LTD | $ 6,799.56 | $ 6,799.56 | $ 0.00 |

　　Total to be paid for chapter 7 administrative expenses　　$　　　　1,750.00

　　Remaining Balance　　　　　　　　　　　　　　　　　$　　　　1,033.53

Applications for prior chapter fees and administrative expenses have been filed as follows:

　　　　　　　　　　　　　　NONE

　　　　In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

　　　　Allowed priority claims are:

NONE

　　　　The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

　　　　Timely claims of general (unsecured) creditors totaling $ 5,356.28  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  19.3  percent, plus interest (if applicable).

　　　　Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Capital One Bank (USA) N.A. by American InfoSource LP as age | $ 3,354.97 | $ 0.00 | $ 647.36 |
| 3 | Sprint Nextel | $ 552.68 | $ 0.00 | $ 106.64 |
| 4 | Capital Recovery V, Llc | $ 1,448.63 | $ 0.00 | $ 279.53 |
| | Total to be paid to timely general unsecured creditors | | | $ 1,033.53 |
| | Remaining Balance | | | $ 0.00 |

　　　　Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

　　　　Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE