UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
                                    §
LAURA L. DIAZ                       §   Case No. 13-04017
SANTOS GOMEZ                        §
                                    §
                                    §
        Debtors                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Miriam R. Stein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 59,415.00 *(Without deducting any secured claims)* | Assets Exempt: 47,312.00 |
| Total Distributions to Claimants: 1,033.53 | Claims Discharged Without Payment: 92,045.08 |
| Total Expenses of Administration: 8,966.47 | |

3) Total gross receipts of $ 20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 10,000.00 (see **Exhibit 2**), yielded net receipts of $ 10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 93,778.00 | $ 18,696.50 | $ 18,696.50 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,966.47 | 8,966.47 | 8,966.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 24,353.33 | 5,356.28 | 5,356.28 | 1,033.53 |
| **TOTAL DISBURSEMENTS** | $ 118,131.33 | $ 33,019.25 | $ 33,019.25 | $ 10,000.00 |

4) This case was originally filed under chapter 7 on 02/01/2013 . The case was pending for 52 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/16/2017              By:/s/Miriam R. Stein
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| personal injury case | 1242-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 20,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Diaz, Laura | Exemptions | 8100-002 | 10,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 10,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | JP Morgan Chase Bank, NA |  | 9,994.00 | NA | NA | 0.00 |
|  | Wells Fargo Home Mortgage |  | 58,784.00 | NA | NA | 0.00 |
| 1 | Illiana Financial | 4110-000 | 25,000.00 | 18,696.50 | 18,696.50 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 93,778.00** | **$ 18,696.50** | **$ 18,696.50** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Miriam R. Stein | 2100-000 | NA | 1,750.00 | 1,750.00 | 1,750.00 |
| Associated Bank | 2600-000 | NA | 290.00 | 290.00 | 290.00 |
| Rabobank, N.A. | 2600-000 | NA | 116.91 | 116.91 | 116.91 |
| Rabobank, N.A.6/26/2014 | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| Nilson Stookal Gleason & Caputo LTD | 3120-000 | NA | 6,666.66 | 6,666.66 | 6,666.66 |
| Nilson Stookal Gleason & Caputo LTD | 3220-000 | NA | 132.90 | 132.90 | 132.90 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 8,966.47 | $ 8,966.47 | $ 8,966.47 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FREEDMAN ANSELMO LINDBERG & RAPPE | | 0.00 | NA | NA | 0.00 |
| | METT THERAPY SERVICES AT ST. JAMES | | 15,131.00 | NA | NA | 0.00 |
| | ST. JAMES HOSPITAL | | 2,804.75 | NA | NA | 0.00 |
| | WALINSKI & ASSOCIATES | | 0.00 | NA | NA | 0.00 |
| | WELLGROUP HEALTH PARTNERS | | 1,008.58 | NA | NA | 0.00 |
| 2 | Capital One Bank (USA) N.A. by American InfoSource LP as age | 7100-000 | 3,195.00 | 3,354.97 | 3,354.97 | 647.36 |
| 4 | Capital Recovery V, Llc | 7100-000 | 1,314.00 | 1,448.63 | 1,448.63 | 279.53 |
| 3 | Sprint Nextel | 7100-000 | 900.00 | 552.68 | 552.68 | 106.64 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 24,353.33 | $ 5,356.28 | $ 5,356.28 | $ 1,033.53 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-04017 | DRC | Judge: | Donald R Cassling | Trustee Name: | Miriam R. Stein |
| Case Name: | LAURA L. DIAZ | | | | Date Filed (f) or Converted (c): | 02/01/2013 (f) |
| | SANTOS GOMEZ | | | | 341(a) Meeting Date: | 03/18/2013 |
| For Period Ending: | 05/16/2017 | | | | Claims Bar Date: | 11/27/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY - Campbell Ave Chicago Heights, IL | 79,421.00 | 0.00 | | 0.00 | FA |
| 2. Checking account held by Chase Bank | 150.00 | 0.00 | | 0.00 | FA |
| 3. miscellaneous household goods | 500.00 | 0.00 | | 0.00 | FA |
| 4. clothes | 200.00 | 0.00 | | 0.00 | FA |
| 5. personal injury case (u) | 10,000.00 | 0.00 | | 20,000.00 | FA |
| 6. 2005 Chevrolet Colorado with 60,000 miles | 5,766.00 | 0.00 | | 0.00 | FA |
| 7. 2008 Mercury Mariner with 47,000 miles | 10,690.00 | 0.00 | | 0.00 | FA |
| 12. Void | 0.00 | N/A | | 0.00 | FA |
| 13. Potential PI case w/Nilson, Stookal, Gleason & Caputo, Ltd. | 0.00 | 0.00 | | 0.00 | FA |
| 14. Uninsured Motorist Insurance Claim with Insurance Co. (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| INT. Void | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $106,727.00 | $0.00 | | $20,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE IS PREPARING A FINAL REPORT.
TFR approved 3/21/17. Checks disbursed. TDR will be filed. (5/14/17)

RE PROP #     1   --   Stay lifted on motion of Wells Fargo Bank.
RE PROP #     7   --   Reaffirmed.

Initial Projected Date of Final Report (TFR): 12/31/2015      Current Projected Date of Final Report (TFR): 05/31/2017

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-04017 | Trustee Name: Miriam R. Stein |
| Case Name: LAURA L. DIAZ SANTOS GOMEZ | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8580 |
| | Checking |
| Taxpayer ID No: XX-XXX5419 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/16/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/02/14 | | Transfer from Acct # xxxxxx6866 | Transfer of Funds | 9999-000 | $2,432.84 | | $2,432.84 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,422.84 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,412.84 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,402.84 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,392.84 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,382.84 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,372.84 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,362.84 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,352.84 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,342.84 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,332.84 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,322.84 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,312.84 |
| | | | Page Subtotals: | | $2,432.84 | $120.00 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-04017 | Trustee Name: | Miriam R. Stein |
| Case Name: | LAURA L. DIAZ SANTOS GOMEZ | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8580 Checking |
| Taxpayer ID No: | XX-XXX5419 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/16/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/21/15 | 5 | Progressive Insurance | Settlement of Personal Injury Action | 1242-000 | $640.69 | | $2,953.53 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,943.53 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,933.53 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,923.53 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,913.53 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,903.53 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,893.53 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,883.53 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,873.53 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,863.53 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,853.53 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,843.53 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,833.53 |
| | | | Page Subtotals: | | $640.69 | $120.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-04017 | Trustee Name: | Miriam R. Stein |
| Case Name: LAURA L. DIAZ | Bank Name: | Associated Bank |
| SANTOS GOMEZ | Account Number/CD#: | XXXXXX8580 |
| | | Checking |
| Taxpayer ID No: XX-XXX5419 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 05/16/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,823.53 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,813.53 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,803.53 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,793.53 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,783.53 |
| 03/28/17 | 101 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,750.00 | $1,033.53 |
| 03/28/17 | 102 | Capital One Bank (USA) N.A. by American InfoSource LP as age Capital One Bank (Usa), N.A. By American Infosource LP As Agent Po Box 71083 Charlotte, Nc 28272-1083 | Final distribution to claim 2 representing a payment of 19.30 % per court order. | 7100-000 | | $647.36 | $386.17 |
| 03/28/17 | 103 | Sprint Nextel<br>Attn Bankruptcy Dept<br>Po Box 7949<br>Overland Park Ks 66207-0949 | Final distribution to claim 3 representing a payment of 19.30 % per court order. | 7100-000 | | $106.64 | $279.53 |
| 03/28/17 | 104 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 4 representing a payment of 19.30 % per court order. | 7100-000 | | $279.53 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $3,073.53 | $3,073.53 |
| Less: Bank Transfers/CD's | $2,432.84 | $0.00 |
| Page Subtotals: | $0.00 | $2,833.53 |

UST Form 101-7-TDR (10/1/2010)  *(Page: 10)*

|  |  |  |
|---|---|---|
| Subtotal | $640.69 | $3,073.53 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $640.69 | $3,073.53 |

Exhibit 9

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-04017 | Trustee Name: | Miriam R. Stein |
|---|---|---|---|
| Case Name: | LAURA L. DIAZ SANTOS GOMEZ | Bank Name: | Rabobank, N.A. |
| | | Account Number/CD#: | XXXXXX6800 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5419 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/16/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:    $0.00    $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-04017 | Trustee Name: Miriam R. Stein |
| Case Name: LAURA L. DIAZ SANTOS GOMEZ | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX6866 |
| | Checking |
| Taxpayer ID No: XX-XXX5419 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/16/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/26/13 | 5 | Progressive Universal Insurance Company<br>9701 W. Higgins Road, Suite 120<br>Rosemont, IL 60018 | payment for PI case | 1242-000 | $19,359.31 | | $19,359.31 |
| 09/30/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $26.91 | $19,332.40 |
| 09/30/13 | 101 | Laura Diaz<br>1325 Kimball Avenue<br>Chicago Heights, IL 60411 | Exemption | 8100-002 | | $10,000.00 | $9,332.40 |
| 09/30/13 | 102 | Nilson Stookal Gleason & Caputo Ltd.<br>205 W. Randolph St.,<br>Suite 440<br>Chicago, IL 60606 | Court Order dated 8/9/13 | | | $6,799.56 | $2,532.84 |
| | | Nilson Stookal Gleas, Ltd. | ($132.90) | 3220-000 | | | |
| | | Nilson Stookal Gleas, Ltd. | ($6,666.66) | 3210-000 | | | |
| 10/31/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,522.84 |
| 11/29/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,512.84 |
| 12/31/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,502.84 |
| 01/31/14 | | Rabobank, N.A.6/26/2014<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,492.84 |
| | | | Page Subtotals: | | $19,359.31 | $16,866.47 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-04017 | Trustee Name: Miriam R. Stein |
| Case Name: LAURA L. DIAZ SANTOS GOMEZ | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX6866 |
| | Checking |
| Taxpayer ID No: XX-XXX5419 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/16/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/28/14 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,482.84 |
| 03/31/14 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,472.84 |
| 04/30/14 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,462.84 |
| 05/30/14 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,452.84 |
| 06/30/14 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank Service Charge | 2600-000 | | $10.00 | $2,442.84 |
| 07/02/14 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank Service Charge | 2600-000 | | $10.00 | $2,432.84 |
| 07/02/14 | | Transfer to Acct # xxxxxx8580 | Transfer of Funds | 9999-000 | | $2,432.84 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $19,359.31 | $19,359.31 |
| Less: Bank Transfers/CD's | | $0.00 | $2,432.84 |
| Subtotal | | $19,359.31 | $16,926.47 |
| Less: Payments to Debtors | | $0.00 | $10,000.00 |
| Net | | $19,359.31 | $6,926.47 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $2,492.84 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX6800 - Checking | $0.00 | $0.00 | $0.00 |
| XXXXXX6866 - Checking | $19,359.31 | $6,926.47 | $0.00 |
| XXXXXX8580 - Checking | $640.69 | $3,073.53 | $0.00 |
|  | $20,000.00 | $10,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,000.00 |
| Total Gross Receipts: | $20,000.00 |

Page Subtotals:            $0.00          $0.00